UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WHITE COAT WASTE PROJECT<br>901 M Street NW #830,<br>Washington, DC 20001<br><br>　　Plaintiff,<br><br>　　　　v.<br><br>THE UNITED STATES DEPARTMENT OF<br>HEALTH AND HUMAN SERVICES,<br>200 Independence Way, S.W.<br>Washington DC 20201,<br><br>　　Defendant. | Civ. No. 17-1592<br><br>**Complaint for Declaratory and Injunctive Relief** |

1. This is an action under the Freedom of Information Act (FOIA), 5 U.S.C. § 552, seeking the release of records related to experiments conducted on nonhuman primates at the Food and Drug Administration's (FDA) National Center for Toxicological Research (NCTR).

### Jurisdiction and Venue

2. This Court has jurisdiction over the parties and subject matter pursuant to 5 U.S.C. § 552(a)(4)(B).

3. Venue is proper in this district pursuant to 5 U.S.C. § 552(a)(4)(B).

### Parties

4. Plaintiff White Coat Waste Project, Inc. (WCW) is a bipartisan taxpayer watchdog organization pursuant to Section 501(c)(3) of the Internal Revenue Code, with its headquarters located at 901 M St NW #830, Washington, DC, 20001. WCW's mission is

1

to unite animal-lovers and liberty-lovers to expose and end wasteful taxpayer-funded animal experiments. WCW is the requester of the information at issue in this case.

5. Defendant Department of Health and Human Services (DHHS) is an agency of the United States. The FDA is a component of DHHS. DHHS and the FDA have possession, custody, and control of the records WCW seeks.

## Statement of Facts

### *WCW's FOIA Request No. 2016-10607*

6. On December 23, 2016, WCW submitted a FOIA request to the FDA seeking: (1) approved funding application for an NCTR project titled "Aspects of Nicotine Self-Administration in a Nonhuman Primate" (project identification numbers C13070 and E07537-01); (2) approved budgets for that NCTR project; (3) Institutional Animal Care and Use Committee (IACUC)-approved research protocols related to that project; (4) amendments submitted for such IACUC-approved protocols; (5) veterinary records for all primates used in experiments under that project; (6) adverse animal welfare event reports associated with the IACUC-approved protocols; (7) procurement records (including invoices) for all primates used on those protocols; and (8) photographs and videos associated with those protocols.

7. The FDA assigned this request number 2016-10607.

8. In response to the request, on January 18, 2017, the FDA produced 64 pages of responsive documents appearing to reflect funding application, budgets, and IACUC-approved protocols for the "Aspects of Nicotine Self-Administration in a Nonhuman Primate" project. The cover letter accompanying the production noted that "Information

has been withheld on 4 pages under FOIA exemptions." The four pages with information withheld identified the basis of withholding as simply "(b)."

9. The responsive documents the agency provided (and did not redact) state that portions of the approved monkey experiments would be videotaped.

10. On March 3, 2017, WCW filed an administrative appeal challenging the agency's failure to identify the specific FOIA exemptions for the withheld information in the production and for failing to produce documents related to the requested veterinary records, adverse animal welfare events, procurement records, and photographs and video associated with the protocols (or stating that no such records exist).

11. On March 9, 2017, the agency responded by noting that the failure to identify the exemptions was an oversight and stated that a revised version of the production would be forthcoming.

12. Counsel for WCW responded that the administrative appeal also sought the veterinary records, adverse animal welfare events, procurement records, and photographs and video associated with the protocols. The agency responded that it would search for the records and, if they exist, provide a supplemental response, or, if they did not exist, the agency would handle the issue via the appeal process.

13. On March 15, 2017, the agency produced a revised version of the previously released production, identifying the bases of the redactions as FOIA Exemption 4.

14. On March 22, 2017, WCW filed an administrative appeal challenging the Exemption 4 redactions in the revised production. WCW noted that the redacted material appeared to be dollar amounts associated with requests for funding. WCW further noted

that the revised production withheld one dollar amount under Exemption 4 that was disclosed in the initial production.

15. On April 10, 2017, the FDA sent a letter acknowledging receipt of WCW's administrative appeal.

16. To date, WCW has not received a supplemental production or any denial letter related to its request for veterinary records, adverse animal welfare events, procurement records, and photographs and video associated with the protocols.

17. WCW has exhausted all applicable administrative remedies.

18. DHHS (through the FDA) continues to wrongfully withhold the requested records from WCW.

### Count I: Violation of FOIA

19. Plaintiff realleges and incorporates by reference the allegations in each of the preceding paragraphs of this Complaint.

20. DHHS has wrongfully withheld agency records requested by WCW.

21. WCW has exhausted applicable administrative remedies with respect to DHHS's wrongful withholding of the requested records.

22. WCW and the public have been and will continue to be irreparably harmed until DHHS is ordered to comply with WCW's FOIA request.

23. WCW is entitled to injunctive relief with respect to the release and disclosure of the requested documents.

### Request for Relief

WHEREFORE, WCW respectfully requests that this Court:

(1) Declare DHHS's failure to comply with FOIA to be unlawful;

(2) Enjoin DHHS from continuing to withhold the public records responsive to WCW's FOIA request and otherwise order DHHS to produce the requested public records without further delay;

(3) Grant WCW an award of attorney fees and other litigation costs reasonably incurred in this action, to the extent permitted by law; and

(4) Grant WCW such other and further relief which the Court deems proper.

Date:  August 8, 2017                         Respectfully submitted,

/s/ Matthew Strugar _____
Matthew Strugar (D.C. Bar No. 1010198)
Law Office of Matthew Strugar
3435 Wilshire Blvd., Suite 2910
Los Angeles, CA 90010
323-696-2299
matthew@matthewstrugar.com