**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| WHITE COAT WASTE PROJECT, | |
| *Plaintiff*, | |
| v. | Civil Action No. 17-1592 (RDM) |
| UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, | |
| *Defendant*. | |

### JOINT STATUS REPORT

Defendant, United States Department of Health and Human Services ("Defendant"), jointly with Plaintiff, White Coat Waste Project ("Plaintiff"), hereby files this Joint Status Report in advance of the November 16, 2017 Status Conference scheduled in this matter.

This matter arises out of a Freedom of Information Act ("FOIA") request that Plaintiff submitted for various records relating to a National Center for Toxicological Research project titled "Aspects of Nicotine Self-Administration in Nonhuman Primate." Compl. ¶ 6 (ECF No. 1). Defendant filed its Answer on October 4, 2017, *see* Answer (ECF No. 9), and this Court subsequently scheduled a Status Conference for November 16, 2017, *see* Min. Order (Oct. 10, 2017). In its Minute Order, the Court also directed the Parties to confer regarding "whether any release can occur by agreement of the parties." *Id.*

In accordance with the Court's Order, the Parties conferred regarding the status of Plaintiff's FOIA request and have reached an agreement regarding the processing of Plaintiff's request. Specifically, the Parties have agreed that Defendant will release all responsive, non-exempt records by January 30, 2018.

November 7, 2017                          Respectfully submitted,

                                          /s/ Matthew Strugar
                                          Matthew Strugar (D.C. Bar No. 1010198)
                                          Law Office of Matthew Strugar
                                          3435 Wilshire Blvd., Suite 2910
                                          Los Angeles, CA 90010
                                          323-696-2299
                                          matthew@matthewstrugar.com

                                          *Counsel for Plaintiff*

                                          JESSIE K. LIU
                                          D.C. Bar #472845
                                          United States Attorney

                                          DANIEL F. VAN HORN
                                          D.C. BAR # 924092
                                          Chief, Civil Division

                              By:   /s/ Brian J. Field
                                          BRIAN J. FIELD
                                          D.C. BAR #985577
                                          Assistant United States Attorney
                                          555 4th Street, N.W.
                                          Washington, D.C. 20530
                                          Tel: (202) 252-2551
                                          E-mail: Brian.Field@usdoj.gov

                                          *Counsel for Defendant*

Of Counsel:

REBECCA K. WOOD
Chief Counsel
Food and Drug Division

ANNAMARIE KEMPIC
Deputy Chief Counsel for Litigation

ROSELLE N. OBERSTEIN
Associate Chief Counsel, Litigation
U.S. Department of Health and Human Services
Office of the General Counsel
Food and Drug Administration
10903 New Hampshire Avenue
Silver Spring, MD 20993